# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | : |
| | : |
| W.A.R., LLP | : Case No. 11-0044 |
| | : (Chapter 7) |
| Debtor | : |

## WILLIAM C. CARTINHOUR, JR.'S MOTION TO STRIKE
## RAY CONNOLLY'S PLEADINGS AND FOR SANCTIONS

William C. Cartinhour, Jr., by counsel, moves the Court to strike Ray Connolly's pleadings filed in this Chapter 7 proceeding and for sanctions pursuant to the Court's inherent power, and in support thereof offers the attached Memorandum of Points and Authorities, which is incorporated herein by reference.

WHEREFORE, William C. Cartinhour, Jr. requests the Court:

A.   Strike all of Ray Connolly's Pleadings;

B.   Sanction Ray Connolly, aka Raymond J. Connolly, Jr. pursuant to the Court's inherent power; and

C.   Grant such other and further relief as is just and proper.

Respectfully submitted,

         */s/ Patrick J. Kearney*
Patrick J. Kearney, Esquire, Bar No. 382290
Selzer Gurvitch Rabin Wertheimer Polott &
   Obecny, P.C.
4416 East West Highway, Suite 400
Bethesda, Maryland 20814-4568
(301) 986-9600
Email:  Pkearney@sgrwlaw.com

*Attorneys for William C. Cartinhour, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing pleading has been served this 8th day of July 2011 upon:

Via First Class Mail, postage pre-paid:

William Wooten, Esquire
262 German Oak Drive
Cordova, TN   38018

Ray Connolly
DIBA Group, Inc. c/o Byron Speight
135 W 26th Street, 11th Floor
New York, NY 10010

Raymond J. Connolly, Jr.
280 First Ave. No. 8B
New York, NY 10009

Joseph A. Guzinski, Assistant United States Trustee
115 South Union Street, Plaza Level
Suite 210
Alexandria, VA 22314

By ECF:

Ty Clevenger, Esquire
P.O. Box 4806
Bryan, TX  77805

Jeffrey M. Sherman, Esquire
Jackson & Campbell
1120 20th St., NW, Suite 300 South
Washington, DC 20036

Wade A. Robertson
191 E. Parkway S.
Memphis, TN 38104

                                                */s/ Patrick J. Kearney*
                                               Patrick J. Kearney